```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
_____
                              :
OSCAR PRIOR RAMIREZ,          :
                              :
          Plaintiff,          :   Civ. No. 20-3887 (NLH) (KMW)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
SWSP CUSTODY OFFICERS,        :
et al.,                       :
                              :
          Defendants.         :
_____:
```

APPEARANCE:

Charles Harry Landesman
Law, Froelich & Landesman
360 Kearny Avenue
Kearny, NJ 07032

    Attorneys for Plaintiff

HILLMAN, District Judge

    WHEREAS, Plaintiff Oscar Prior Ramirez filed a civil rights complaint pro se on April 8, 2020, see ECF No. 1; and

    WHEREAS, Plaintiff filed an amended complaint on July 9, 2020, see ECF No. 9; and

    WHEREAS, Plaintiff moved for the appointment of counsel, ECF No. 10; and

    WHEREAS, Charles Harry Landesman, Esq. entered an appearance on Plaintiff's behalf on September 1, 2020, ECF No. 11; and

WHEREAS, Plaintiff's motion to appoint counsel is now moot as counsel has entered an appearance; and

WHEREAS, the Court will instruct the Clerk to provide U.S. Marshal Forms 285 to Plaintiff's counsel.  Counsel shall complete the forms and return the forms to the Clerk for service by the U.S. Marshals,

THEREFORE, IT IS on this __23rd__ day of September, 2020

ORDERED that Plaintiff's motion to appoint counsel, ECF No. 10, is dismissed as moot; and it is finally

ORDERED that the Clerk shall send Plaintiff's counsel a transmittal letter explaining the procedure for completing Unites States Marshal ("Marshal") 285 Forms ("USM-285 Forms"); and it is further

ORDERED that, once the Marshal receives the USM-285 Form(s) from Plaintiff and the Marshal so alerts the Clerk, the Clerk shall issue summons in connection with each USM-285 Form that has been submitted by Plaintiff, and the Marshal shall serve summons, the Amended Complaint and this Order to the address specified on each USM-285 Form, with all costs of service advanced by the United States.  Fed. R. Civ. P. 4(c)(3); and it is further

ORDERED that the U.S. Marshal may alternatively notify Defendant(s) that an action has been commenced and request that

the defendant(s) waive personal service of a summons in accordance with Fed. R. Civ. P. 4(d); and it is finally

ORDERED that Defendant(s) shall file and serve a responsive pleading within the time specified by Federal Rule of Civil Procedure 12.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.